THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN W. FISKE, Appellant, *v.* EDWARD M. ANDERSON et al., as Inspectors of Election of the First Election District of the Third Ward of the City of Mount Vernon, et al., Defendants, and EDWARD F. BRUSH, Respondent.

*People ex rel. Fiske* v. *Anderson*, 181 App. Div. ——, affirmed.
(Argued January 28, 1918; decided February 5, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant inspectors of election to correct their return or statement of canvass of the votes of soldiers and sailors originally canvassed by them in the first election district of the third ward of the city of Mount Vernon on the 18th day of December, 1917. The relator, Edwin W. Fiske, and the respondent, Edward F. Brush, were rival candidates for the office of mayor of the city of Mount Vernon, at the general election held in said city on November 6, 1917. The votes of the soldiers and sailors in said election were canvassed in the several election districts of said city on December 18, 1917. In the first election district

of the third ward of said city the votes of nineteen soldiers and sailors were so canvassed on the said last mentioned date. Among such ballots was one which had written on it " For Mayor — Dr. Brush " which the inspectors tallied and returned for Edward F. Brush. The Special Term denied the motion on the ground that the vote was properly canvassed, and that, in any event, the ballot was not protested, and could not be reviewed by the court. The Appellate Division affirmed on the ground that, as a matter of law, the relator was entitled to no relief herein.

*Arthur M. Johnson, Sydney A. Syme* and *Frank A. Bennett* for appellant.

*George H. Taylor, Jr., James H. Cavanaugh* and *J. Henry Esser* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK and McLAUGHLIN, JJ. Dissenting: HOGAN and CRANE, JJ.